AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE P. KRIEGMAN,

        Plaintiff,

        v.

RICHARD and PEARL NEEDHAM,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-072-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by and among Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, and Defendants, Richard Needham and Pearl Needham, by and through their respective attorneys of record, that Plaintiff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims plead against defendants, Richard Needham and Pearl Needham, be dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

March 25, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer